

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RAZA SIKANDAR,
    Plaintiff,

v.                                                      Civil No. 3:24cv90 (DJN)

20th JUDICIAL DISTRICT OF VIRGINIA, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 16, 2024, the Court conditionally docketed Plaintiff's civil action. (ECF No. 4.) At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

(A)    Identifies the nature of the action;
(B)    States his belief that he is entitled to relief;
(C)    Avers that he is unable to prepay fees or give security therefor; and,
(D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. (ECF No. 4.) The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. (*Id.*)

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.[1]

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: April 18, 2024

---

[1] The Court notes that on February 21, 2024, Plaintiff updated his address. (ECF No. 5.) The Clerk mailed a copy of the February 16, 2024 Memorandum Order and forms to Plaintiff's new address. (*See* ECF No. 7.) Nevertheless, Plaintiff has failed to respond.